# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ARTHUR MCMAHON & JOANNE MCMAHON<br><br>v.<br><br>ARSENBERGER TRUCKING CO. INC. & ROMAN BEST | CIVIL ACTION<br><br>NO. 17-1242 |
|---|---|

# ORDER

**AND NOW** this    day of August, 2017, for the reasons set forth in the foregoing Memorandum, the Defendant's Motion to Transfer Venue (ECF 6) is **DENIED** without prejudice.

**BY THE COURT:**

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 17\17-1242 McMahon v Arsenberger\17cv1242 Order.docx