**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ARTHUR MCMAHON & JOANNE MCMAHON**<br><br>**v.**<br><br>**ARSENBERGER TRUCKING CO. INC. & ROMAN BEST** | **CIVIL ACTION**<br><br>**NO. 17-1242** |

## <u>ORDER RE: DEFENDANTS' MOTION TO TRANSFER VENUE</u>

The Clerk is directed to substitute the attached corrected memorandum in place of the one that

was filed on August 11, 2017 (ECF 10).

**BY THE COURT:**

8/29/1                                          /s/ Michael M. Baylson
                                                **MICHAEL M. BAYLSON**
                                                **United States District Court Judge**

O:\CIVIL 17\17-1242 McMahon v Arsenberger\17cv1242 order re substitution of mot.docx