IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ARTHUR MCMAHON and JOANNE MCMAHON | |
|---|---|
| v. | CIVIL ACTION |
| ARSENBERGER TRUCKING CO. INC., ROMAN BEST AND ROBERT ARSENBERGER | NO. 17-1242 |

FILED
OCT -5 2018
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## ORDER RE: MOTIONS TO DISMISS

AND NOW, this 5th day of October, 2018, having considered the Defendants' Motion to Dismiss Counts Two and Three of the Amended Complaint against Defendant Arsenberger Trucking Co. Inc. and Roman Best (ECF 81), Defendants' Motion to Dismiss all Counts against Defendant Roman Arsenberger (ECF 85), and the responses and replies thereto, and for the reasons explained in the foregoing memorandum, it is hereby **ORDERED** that the Motions to Dismiss are **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.